IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARCHIE CRANFORD,

        Plaintiff,        1: 07 CV 1812 LJO WMW PC

  vs.                         ORDER RE MOTION (DOC 7)

CHRISTINA NICKELS, et al.,

        Defendants.

     Plaintiff has filed a motion titled as a request to order the U.S. Marshal to serve the complaint. An order has been entered, dismissing the complaint. In response, Plaintiff filed an amended complaint, which is before the court. The amended complaint will be screened in due course.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for service by the U.S. Marshal is denied.

IT IS SO ORDERED.

**Dated:**   September 11, 2008        /s/ William M. Wunderlich
                                                 UNITED STATES MAGISTRATE JUDGE