# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTINA NICKELS,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. 1:07-cv-01812-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 14) |

Plaintiff Archie Cranford ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 29, 2010, the Magistrate Judge issued a Findings and Recommendations which recommended that Plaintiff's Eighth Amendment claims be dismissed for failure to state a claim. (Doc. 14.) The Magistrate Judge recommended that this action proceed on Plaintiff's Fourteenth Amendment claim against Defendant Nickels. The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date on which the Findings and Recommendations were served. Plaintiff has not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, the Court HEREBY ORDERS that:

1. The July 29, 2010 Findings and Recommendations are ADOPTED in full;
2. Plaintiff's Eighth Amendment claims are DISMISSED; and
3. This action proceeds on Plaintiff's Fourteenth Amendment claim against Defendant Nickels.

IT IS SO ORDERED.

**Dated:   September 21, 2010**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE