IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>      Plaintiff,<br><br>      vs.<br><br>CHRISTINA NICKELS,<br><br>      Defendants.<br>_____/ | Case No. 1:07-cv-01812 LJO JLT (PC)<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE AND RETURN CONSENT OR REQUEST FOR REASSIGNMENT FORM<br><br>(Docs. 24 & 27) |

On January 18, 2011, the undersigned issued an order directing the parties to complete and return the court form indicating whether the parties consent to the jurisdiction of the undersigned magistrate judge or request reassignment of the case to a district judge. (Doc. 24.) On March 7, 2011, the Court reissued its order. (Doc. 27.) Defendant has since responded and has indicated its consent to the jurisdiction of the undersigned magistrate judge. (Doc. 28.) Plaintiff, however, has yet to respond.

Accordingly, it is **HEREBY ORDERED** that within 30 days of the date of service of this order, Plaintiff **SHALL** notify the Court in writing whether he consents to the jurisdiction of the undersigned magistrate judge.

IT IS SO ORDERED.

Dated:  **April 27, 2011**                        /s/ Jennifer L. Thurston
                                                          UNITED STATES MAGISTRATE JUDGE