IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD, | Case No. 1:07-cv-01812 JLT (PC) |
| Plaintiff, | ORDER TO SHOW CAUSE |
| vs. | |
| CHRISTINA NICKELS, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On June 9, 2011, Plaintiff filed a motion to compel responses to several discovery requests. (Doc. 35.) However, as of the date of this order, Defendant has not filed an opposition or otherwise responded to Plaintiff's motion.

Local Rule 230(l) provides, in part, that: "Failure of the responding party to file written opposition or to file a statement of no opposition [within twenty-one days after the date of service of a motion] may be deemed a waiver of any opposition to the granting of the motion . . . ." Local Rule 110 also provides that a party's failure to comply with the Local Rules "may be ground for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, it is **HEREBY ORDERED** that within fourteen (14) days of the date of this order, Defendant shall (1) file an opposition or statement of no opposition to the pending motion to

compel; and (2) show cause in writing why sanctions should not be imposed for Defendant's failure to comply with the Local Rules.

IT IS SO ORDERED.

Dated:  **July 13, 2011**                                                  **/s/ Jennifer L. Thurston**
                                                                                    UNITED STATES MAGISTRATE JUDGE